In the Matter of MARY ALICE P. ISACHSEN et al., as Coexecutrices of AZELIE H. PHELPS, Deceased. (Appeal No. 2.)—Decree unanimously re-

versed, without costs, and matter remitted to the Onondaga County Surrogate's Court for further proceedings in accordance with same memorandum as in *Hamar v Isachsen,* (58 AD2d 988). (Appeal from decree of Onondaga Surrogate's Court—attorney's fees, etc.) Present—Moule, J. P., Cardamone, Simons, Dillon and Goldman, JJ.